IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 15–cv–00312–KMT

DAVID R. HAMBY,

     Plaintiff,

v.

ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,

     Defendant.

---

## ORDER

---

This matter comes before the court on Plaintiff's "Stipulation for Costs." (Doc. No. 21.) In the Stipulation, Plaintiff indicates the Commissioner has agreed to Plaintiff's recovery of costs totaling $400.00.

Accordingly, it is

**ORDERED** that Plaintiff's "Stipulation for Costs" (Doc. No. 21) is granted and Plaintiff is awarded $400.00 in costs.

Dated this 12th day of April, 2016.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge